BRICKS, Appellant, v. WAYLAND PORTLAND CEMENT CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by Peter Bricks against the Wayland Portland Cement Company.

PER CURIAM. Upon reading and filing the notice of motion, accompanying affidavit, and

proof of due service thereof, no opposition being made, the motion to dismiss the appeal herein is granted, with $10 costs of motion.